McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
Suite 10-100
501 I Street
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S. NO. 05-287 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | INDICTMENT PURSUANT TO RULE 48 |
| | ) | OF THE FEDERAL RULES OF |
| WARD JOINER, | ) | CRIMINAL PROCEDURE AND PROPOSED |
| | ) | ORDER |
| Defendant. | ) | |

The United States, by and through its attorneys, United States Attorney McGregor W. Scott and Assistant U.S. Attorney Carolyn K. Delaney, hereby moves to dismiss the Indictment currently pending against defendant Ward Joiner based on his

/////
/////
/////
/////
/////
/////
/////

1

1 | guilty plea to a superseding information and pursuant to Rule 48
2 | of the Federal Rules of Criminal Procedure.
3 | Dated: November 21, 2005          Respectfully submitted,
4 |                                    McGREGOR W. SCOTT
                                       United States Attorney

                                        /s/ Carolyn K. Delaney

                                       CAROLYN K. DELANEY
                                       Assistant U.S. Attorney

IT IS SO ORDERED

DATED:  December 6, 2005

                                       /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

2